FILED
JUL 29 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jacqueline A. Phillips, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08 1298 |
| District of Columbia et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This matter comes before the Court on consideration of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application, and dismiss the complaint.

Unlike state courts of general jurisdiction, federal district courts have limited jurisdiction. A federal district court has jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. Although characterized by plaintiff as a civil rights complaint, this case does not arise under any federal civil rights law. Rather, it is an action relating to the conduct of her conservator appointed by the District of Columbia Superior Court.

A federal district court also has jurisdiction over civil actions in matters where the controversy exceeds $75,000 and is between citizens of different states. *See* 28 C.F.R. §1332(a). Here, the complaint pleads no amount in controversy. Accordingly, the Court will dismiss the complaint, without prejudice, for lack of subject matter jurisdiction. An appropriate order accompanies this memorandum opinion.

Date: July 28, 2008

_____
United States District Judge