**FILED**

JUL 2 9 2008

**Clerk, U.S. District and Bankruptcy Courts**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jacqueline A. Phillips, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.   08 1298 |
| | ) | |
| District of Columbia *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### DISMISSAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is further

ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE.  This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

Date:  July 28, 2008                    _____
                                        United States District Judge

4