UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



| | |
|---|---|
| JACQUELINE A. PHILLIPS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 08-1298 |
| DISTRICT OF COLUMBIA, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>) |

### ORDER

Upon review of plaintiff's motion for reconsideration, which the Court construes as a motion to alter or amend under Rule 59(e) of the Federal Rules of Civil Procedure, the Court finds no basis to reverse the order of dismissal previously entered.

Accordingly, it is hereby

ORDERED that plaintiff's motion for reconsideration [#5] is DENIED.

SO ORDERED.

United States District Judge

Date: 8/13/08